```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────X
JENNIFER SANCHEZ,

                Plaintiff,                    08 CV 3173(RWS)


           -against-

TARGET RIVERDALE and TARGET CORPORATION,

                Defendants.
─────────────────────────────────────────X
```

## REMOVAL PETITION

     To the Honorable Judges of the United States District Court for the Southern District of New York, the defendant, TARGET CORPORATION i/s/h/a TARGET RIVERDALE, by its attorneys, Connors and Connors, P.C., states the following upon information and belief:

    1.   That TARGET CORPORATION is a defendant in the above-entitled action.

    2.   On February 19, 2008 this action was commenced against TARGET CORPORATION in the Supreme Court of the State of New York, Bronx County, and is now pending. The action is captioned:

```
    SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF BRONX
    ─────────────────────────────────────────X
    JENNIFER SANCHEZ,

                    Plaintiff(s),          Index No.:
            -against-                      301495/08

    TARGET RIVERDALE and TARGET CORPORATION,

                    Defendant(s).
    ─────────────────────────────────────────X
```

3. On March 3, 2008, a Summons and Complaint was served in this matter on a representative of Target Corporation.

4. The defendant, TARGET CORPORATION, is filing this Notice of Removal within 30 days of service of the Summons and Complaint.

5. No further proceedings have been had in the Supreme Court of the State of New York, Bronx County.

6. The amount in controversy in this action exceeds the sum of $75,000 exclusive of interests and costs.

7. Plaintiff is a citizen of New York State.

8. At the time the Summons and Complaint was filed, TARGET CORPORATION was incorporated in the State of Minnesota and upon information and belief, its principal place of business was also in the State of Minnesota.

9. This is an action for damages for personal injury resulting from the alleged negligence of the defendant.

10. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441.

11. A copy of the Summons and Complaint served on TARGET CORPORATION is annexed hereto.

12. This notice is filed with this Court within 30 days after service of the Summons and Complaint in this action.

WHEREFORE, TARGET prays that the above action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed to this Honorable Court.

                                                  **JOHN P. CONNORS, JR. (6514)**
                                                  Connors & Connors, P.C.
                                                  Attorneys for Defendant
                                                  TARGET CORPORATION i/s/h/a
                                                  TARGET RIVERDALE
                                                  766 Castleton Avenue
                                                  Staten Island, New York 10310-9003
                                                  (718) 442-1700

TO:   MCCARTHY & KELLY, LLP
       Attorneys for Plaintiff
       52 Duane Street
       New York, New York 10007

```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────X
JENNIFER SANCHEZ,

                Plaintiff,            **NOTICE OF REMOVAL**


        -against-

TARGET RIVERDALE and TARGET CORPORATION,

                Defendants.
─────────────────────────────────────────X
```

**SIRS:**

**PLEASE TAKE NOTICE**, that upon the removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, a Removal Petition, a copy of which is annexed hereto was duly filed in the Office of the Clerk of the United States District Court for the Southern District of New York on the     th day of March, 2008.

Dated:   Staten Island, New York
         March 27, 2008

                                    **JOHN P. CONNORS, JR. (6514)**
                                    Connors & Connors, P.C.
                                    Attorneys for Defendant
                                    TARGET CORPORATION
                                    766 Castleton Avenue
                                    Staten Island, New York 10310
                                    (718) 442-1700

TO:  MCCARTHY & KELLY, LLP
     Attorneys for Plaintiff
     52 Duane Street
     New York, New York 10007

**CERTIFICATE OF SERVICE**

    I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing NOTICE OF REMOVAL was mailed by first class mail, postage prepaid, this   th day of March, 2008, to all counsel of record as indicated below.

 

_____
**JOHN P. CONNORS, JR. (6514)**

TO:  MCCARTHY & KELLY, LLP
      Attorneys for Plaintiff
      52 Duane Street
      New York, New York 10007

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────X

JENNIFER SANCHEZ,

               Plaintiff(s),        **Civ.**

               -against-

TARGET RIVERDALE and TARGET CORPORATION,

               Defendants.
───────────────────────────────────────X

    Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

                          NONE

DATE:    March 27, 2008

                                  _____
                                  **JOHN P. CONNORS, JR. (6514)**

## **CERTIFICATE OF SERVICE**

    I, JOHN P. CONNORS, JR., hereby certify that a copy of the foregoing RULE 7.1 STATEMENT was mailed by first class mail, postage prepaid, this    th day of March, 2008, to all counsel of record as indicated below.

 

                                                _____
                                              **JOHN P. CONNORS, JR. (6514)**

TO:  MCCARTHY & KELLY, LLP
      Attorneys for Plaintiff
      52 Duane Street
      New York, New York 10007