UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Sanchez,

-v.-

Target

------------------------------------------------------------X

08 Civ. 3173 (RWS)

Please be advised that the conference scheduled for May 21, 08 has been rescheduled to May 28, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated:  New York, New York
5/21/08

_____
ROBERT W. SWEET
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08