UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JENNIFER SANCHEZ,

                Plaintiff,

                - against -

TARGET RIVERDALE and
TARGET CORPORATION,

                Defendant.

------------------------------------------------------------x

WK 4641

Docket No.: 08 Civ. 3173 (RWS)(RLE)

**RULE 7.1(a) STATEMENT**

PURSUANT to Rule 7.1(a) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Dated: New York, New York
       May 23, 2008

McCARTHY & KELLY LLP

By _____
William P. Kelly (WK 4641)
A Member of the Firm
Attorneys for Plaintiff
52 Duane Street
New York, NY 10007
(212) 732-5040

TO:

John P. Connors, Esq. (JC 6514)
Connors & Connors PC
766 Castleton Avenue
Staten Island, NY 10310

## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

  William P. Kelly, an attorney admitted to practice before the courts of this State, being duly sworn, affirms the following under penalty of perjury pursuant to Rule 2106 of the Civil Practice Law and Rules:

1. I am not a party to this action, am over 18 years of age and reside at 15 Broad Street, New York, NY 10005.

2. On the May 23, 2008, I served the within: Rule 7.1(a) statement and Automatic Disclosure Pursuant to the Provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure by United States Postal delivery addressed to:

  John P. Connors, Esq.
  Connors & Connors PC
  766 Castleton Avenue
  Staten Island, NY 10310

Dated: New York, New York
   May 23, 2008

               _____
                 William P. Kelly

Docket No.: 08 Civ. 3173 (RWS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER SANCHEZ,

               Plaintiffs,

- against -

TARGET RIVERDAE and TARGET CORPORATION,

               Defendants.

Rule 7.1(a) Statement

McCARTHY & KELLY LLP
Attorneys for Plaintiff
Federal Plaza
52 Duane Street
New York, NY 10007
(212) 732-5040

TO:  John P. Connors, Esq.
      Connors & Connors PC
      766 Castleton Avenue
      Staten Island, NY 10310