# THE LAW FIRM OF
# CONNORS & CONNORS
## P C

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700 FAX: 718-442-1717

JOHN P. CONNORS (1955-2003)
JOHN P. CONNORS, JR.*

HAROLD J. SIEGEL
SUSAN E. O'SHAUGHNESSY**
ROBERT J. PFUHLER**

MICHAEL J. CAULFIELD**
DAVID S. HELLER

TIMOTHY M. O'DONOVAN**
LOUIS J. RASSO
ZENA WOLDEYESUS

OF COUNSEL
MICHAEL IRENE***
JOEL ZUCKERBERG
ANDREW AXLER

17 BATTERY PLACE
NEW YORK, NEW YORK 10004

MORRIS BROOK COMMONS
422 MORRIS AVENUE
LONG BRANCH, NEW JERSEY 07740

\* MEMBER N.Y., N.J. & D.C. BARS
\*\* MEMBER N.Y., N.J. BARS
\*\*\* MEMBER N.J. BAR

August 22, 2008

*Via ECF*
Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: Sanchez v. Target Corporation
         Docket No.: 08 CV 3173
         Our File No.: DTS 23741

Your Honor:

  Our office represents defendant Target Corporation in the above-referenced matter.

  During the conference before your Honor on May 28, 2008, the Court gave the parties 90 days to complete discovery. The parties were also ordered to submit a pre-trial order by September 10, 2008.

  At this time, the depositions, plaintiff's independent medical examination and the plaintiff's response to defendant's July 16, 2008 Notice to Produce are outstanding. As such, we request an additional 60 days to complete discovery.

  We have spoken with plaintiff's counsel and he has consented to this request. This is the first request for an extension of time.

  Thank you for your attention to this matter.

              Very truly yours,

              CONNORS & CONNORS, P.C.

      By: _____
              ROBERT J. PFUHLER
              rjpfuhler@connors.com

RJP/js